```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"
DEF 1.1 RAINEY, CARLOS LIKEE
```

Including terminated defendants, excluding terminated counsel

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed:  11/16/05
          Closed:  NO
No. of Defendants:  11
  MJ Case Number:
             AKA:  CARLOS LIKEE DISHON JOHNSON-RAINEY, "C," AND "CJ"
 Location status:  U.S. Custody
      Trial date:
      Terminated:  NO
Needs interpreter:  NO
Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 RAINEY, CARLOS LIKEE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 -  1 IND | 2 | 21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |
| 1 -  1 IND | 3 | 21:841(a)(1) and 841(b)(1)(A)  DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 -  1 IND | 4 | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 -  1 IND | 5 | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 -  1 IND | 6 | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 -  1 IND | 7 | 21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"
DEF 1.1 RAINEY, CARLOS LIKEE

Including terminated defendants, excluding terminated counsel

| 1 - | 1 IND | 8 | 21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE OR METHAMPHETAMINE (F) | Pending |
|-----|-------|---|---|---|
| 1 - | 1 IND | 9 | 21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE OR METHAMPHETAMINE (F) | Pending |
| 1 - | 1 IND | 12 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 - | 1 IND | 13 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 - | 1 IND | 20 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 - | 1 IND | 22 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                        "USA V CARLOS LIKEE RAINEY ET AL"
                          DEF 2.1 RAINEY, SHANNON DAWN
```

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/16/05
               Closed:  NO
   No. of Defendants:   11
      MJ Case Number:
                  AKA:  SHANNON JACKSON, AKA SHANNON HICKS
      Location status:  Released on Bond
           Trial date:
          Terminated:   NO
    Needs interpreter:  NO
    Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
    Counsel of record:  Stephan A. Collins
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        FAX 907-271-1500
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial
```

Counts re: DEF 2.1 RAINEY, SHANNON DAWN

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 - 1 IND | 13 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 - 1 IND | 14 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 - 1 IND | 15 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 - 1 IND | 16 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 - 1 IND | 17 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 - 1 IND | 18 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"
DEF 2.1 RAINEY, SHANNON DAWN

Including terminated defendants, excluding terminated counsel

```
1 -   1 IND   19      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)        Pending
                      and 2  MONEY LAUNDERING (F)

1 -   1 IND   21      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)        Pending
                      and 2 MONEY LAUNDERING (F)
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                          "USA V CARLOS LIKEE RAINEY ET AL"
                            DEF 3.1 TOLBERT, D'ANDRE
   ────────────────────────────────────────────────────────────────────────
                 Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/16/05
               Closed:  NO
  No. of Defendants:  11
     MJ Case Number:
                  AKA:  DRE
      Location status:  U.S. Custody
           Trial date:
           Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Thomas Burke Wonnell
                      2600 Denali Street, Suite 460
                      Anchorage, AK 99501
                      907-276-8008
                      FAX 907-278-8571
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Stephan A. Collins
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      FAX 907-271-1500
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 3.1 TOLBERT, D'ANDRE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 - 1 IND | 3 | 21:841(a)(1) and 841(b)(1)(A)  DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 4 | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 7 | 21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |
| 1 - 1 IND | 22 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                      "USA V CARLOS LIKEE RAINEY ET AL"
                         DEF 4.1 STEVENS, DAMON
```

---

Including terminated defendants, excluding terminated counsel

---

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  11/16/05
            Closed:  NO
No. of Defendants:  11
   MJ Case Number:
               AKA:  D'MO
   Location status:  U.S. Custody
        Trial date:
       Terminated:  NO
Needs interpreter:  NO
Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 4.1 STEVENS, DAMON

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 - 1 IND | 12 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 - 1 IND | 22 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                          "USA V CARLOS LIKEE RAINEY ET AL"
                          DEF 5.1 MCKINNON, RICHARD JAMES
   ─────────────────────────────────────────────────────────────────────────────
                 Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/05
             Closed:  NO
  No. of Defendants:  11
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:  01/25/06
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Michael D. Dieni
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Stephan A. Collins
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      FAX 907-271-1500
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


  Counts re: DEF 5.1 MCKINNON, RICHARD JAMES
```

| Document     | Count    | Citation and Description                                                        | Disposition |
|--------------|----------|---------------------------------------------------------------------------------|-------------|
| 1 -   1 IND  | 1        | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending     |
| 1 -   1 IND  | 2        | 21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF COCAINE (F)                        | Pending     |
| 1 -   1 IND  | 3        | 21:841(a)(1) and 841(b)(1)(A)  DISTRIBUTION OF METHAMPHETAMINE (F)               | Pending     |
| 1 -   1 IND  | 4        | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F)                | Pending     |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                    "USA V CARLOS LIKEE RAINEY ET AL"
                       DEF 6.1 PLUID, JOSHUA PRICE
_____

        Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/05
              Closed:  NO
  No. of Defendants:  11
      MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:  01/25/06
          Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  David R. Weber
                       Vasquez & Weber PC
                       943 W. 6th Avenue, Suite 132
                       Anchorage, AK 99501
                       907-279-9122
                       FAX 907-279-9123
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
  Counsel of record:  Stephan A. Collins
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       FAX 907-271-1500
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 6.1 PLUID, JOSHUA PRICE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 -   1 IND | 5 | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 -   1 IND | 6 | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 -   1 IND | 8 | 21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE OR METHAMPHETAMINE (F) | Pending |

Including terminated defendants, excluding terminated counsel

1 -   1 IND   10      18:924(c)(1)(A)(i) & (ii) and (C)(i) USING OR        Pending
                     CARRYING A FIREARM DURING AND IN RELATION TO DRUG
                     TRAFFICKING CRIME (F)

1 -   1 IND   11      18:924(c)(1)(A)(i) & (ii) and (C)(i) USING OR        Pending
                     CARRYING A FIREARM DURING AND IN RELATION TO DRUG
                     TRAFFICKING CRIME (F)

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
                              DEF 7.1 CALLAN, KRISTA ANN
```

---

Including terminated defendants, excluding terminated counsel

---

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/05
              Closed:  NO
  No. of Defendants:  11
     MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:  01/25/06
          Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  Lance C. Wells
                       733 W. 4th Avenue, Suite 308
                       Anchorage, AK 99501
                       907-274-9696
                       FAX 907-277-9859
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
  Counsel of record:  Stephan A. Collins
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513-7567
                       907-271-5071
                       FAX 907-271-1500
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial
```

Counts re: DEF 7.1 CALLAN, KRISTA ANN

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                         "USA V CARLOS LIKEE RAINEY ET AL"
                            DEF 8.1 BOOKER, ALEXANDER
     ───────────────────────────────────────────────────────────────────────────
              Including terminated defendants, excluding terminated counsel
```

```
         Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
        Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                   Filed:  11/16/05
                  Closed:  NO
      No. of Defendants:  11
         MJ Case Number:
                     AKA:
         Location status:  U.S. Custody
              Trial date:  01/25/06
              Terminated:  NO
       Needs interpreter:  NO
       Counsel of record:  John C. Pharr
                           Law Offices of John C. Pharr
                           733 W. 4th Avenue, Suite 308
                           Anchorage, AK 99501-2103
                           907-272-2525
                           FAX 907-277-9859
                           Serve: YES
                            Type: CJA
                            Role: Pretrial/Trial
```

```
     PLF 1.1 UNITED STATES OF AMERICA

     Counsel of record:  Stephan A. Collins
                         U.S. Attorney's Office
                         222 W. 7th Avenue, #9
                         Anchorage, AK 99513-7567
                         907-271-5071
                         FAX 907-271-1500
                         Serve: YES
                          Type: Not specified
                          Role: Pretrial/Trial
```

Counts re: DEF 8.1 BOOKER, ALEXANDER

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -    1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 -    1 IND | 9 | 21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION WITH INTENT TO DISTRIBUTE COCAINE OR METHAMPHETAMINE (F) | Pending |
| 1 -    1 IND | 14 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 -    1 IND | 15 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"
DEF 8.1 BOOKER, ALEXANDER
---
Including terminated defendants, excluding terminated counsel

```
1 -   1 IND   16      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                      and 2  MONEY LAUNDERING (F)

1 -   1 IND   17      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                      and 2  MONEY LAUNDERING (F)

1 -   1 IND   18      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                      and 2  MONEY LAUNDERING (F)

1 -   1 IND   19      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                      and 2  MONEY LAUNDERING (F)

1 -   1 IND   20      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                      and 2 MONEY LAUNDERING (F)

1 -   1 IND   21      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                      and 2 MONEY LAUNDERING (F)
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"
DEF 9.1 MARTINEZ, ALFREDO

---

Including terminated defendants, excluding terminated counsel

---

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/05
              Closed:  NO
  No. of Defendants:   11
     MJ Case Number:
                 AKA:  SPIKE
     Location status:  U.S. Custody
          Trial date:
          Terminated:  NO
   Needs interpreter:  NO
   Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 9.1 MARTINEZ, ALFREDO

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -   1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                        "USA V CARLOS LIKEE RAINEY ET AL"
                         DEF 10.1 MARTINEZ, FRANCISCO
```
                ─────────────────────────────────────────────
                  Including terminated defendants, excluding terminated counsel

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  11/16/05
               Closed:  NO
   No. of Defendants:   11
      MJ Case Number:
                  AKA:  MONEY
      Location status:  Fugitive
           Trial date:
           Terminated:  NO
   Needs interpreter:   NO
   Counsel of record:   None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 10.1 MARTINEZ, FRANCISCO

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 -  1 IND | 22 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"
DEF 11.1 HERNANDEZ, ISAI
_____
Including terminated defendants, excluding terminated counsel

```
       Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                 Filed:  11/16/05
                Closed:  NO
     No. of Defendants:  11
        MJ Case Number:
                   AKA:
       Location status:  U.S. Custody
            Trial date:
            Terminated:  NO
     Needs interpreter:  NO
     Counsel of record:  None specified
```

PLF 1.1 UNITED STATES OF AMERICA

```
Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 11.1 HERNANDEZ, ISAI

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
| 1 -   1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 -   1 IND | 22 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"

For all filing dates

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 11/16/05
           Closed: NO
No. of Defendants: 11

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/16/05 | [Re: DEF 1-11] PLF 1 Indictment. |
| 2 - 1 | 11/17/05 | [Re: DEF 1-11] JDR Grand Jury Minutes re: Indt secret; warrants of arrest to be iss; no bail set. |
| NOTE - 1 | 11/18/05 | [Re: DEF 5] USM Notice of Arrest; defendant arrested 11/18/05 @ Anchorage, AK. |
| NOTE - 2 | 11/18/05 | [Re: DEF 6] USM Notice of Arrest; defendant arrested 11/18/05 @ Anchorage, AK. |
| NOTE - 3 | 11/18/05 | [Re: DEF 7] USM Notice of Arrest; defendant arrested 11/18/05 @ Anchorage, AK. |
| NOTE - 4 | 11/18/05 | [Re: DEF 8] USM Notice of Arrest; defendant arrested 11/18/05 @ Anchorage, AK. |
| NOTE - 5 | 11/18/05 | Notation: Re DEFS 5-8 Proposed trial date setting for arr to USDJ. |
| 3 - 1 | 11/21/05 | [Re: DEF 8] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held 11/18/05); FPD to appt CJA cnsl, FPD notified; Cont Arr/Det Hrg set for 11/22/05 at 3:00 p.m.; def detained; cc: USA, FPD, USM, USPO. |
| 4 - 1 | 11/21/05 | [Re: DEF 7] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held 11/18/05); FPD to appoint CJA cnsl, FPD notified; Cont Arr/Det Hrg set for 11/22/05 at 2:00 p.m.; def detained; cc: USA, FPD, USM, USPO. |
| 5 - 1 | 11/21/05 | [Re: DEF 6] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held 11/18/05); FPD to appoint CJA cnsl, FPD notified; deft pleas not guilty to cts 1, 5, 6, 8, 10, and 11 of the Indt; def detained; det hrg set for 11/23/05 at 10:15 a.m.; meet and confer by 11/23/05, ptm's due 12/8/05; TBJ set for 1/25/06 before Judge Sedwick; cc: USA, FPD, USM, USPO, JC, Judge Sedwick. |
| 6 - 1 | 11/21/05 | [Re: DEF 5] JDR Court Minutes [ECR: April Karper] Arr on Indt (held 11/18/05); M. Dieni accepted appt; deft plead not guilty to Cts 1-4 of the Indt; def detained; det hrg set for 11/29/05; meet and confer by 11/29/05, ptm's due 12/8/05; TBJ set for 1/25/06 before Judge Sedwick, FPTC set for 1/25/06 at 8:30 a.m.; cc: USA, FPD, USM, USPO, JC, Judge Sedwick. |
| 7 - 1 | 11/21/05 | [Re: DEF 5] Financial Affidavit. |
| 8 - 1 | 11/21/05 | [Re: DEF 5] JDR Order of Detention Pending Hearing set for 11/23/05 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 9 - 1 | 11/21/05 | [Re: DEF 5] JDR Order regarding preparation for trial re cnsl to meet & confer by 11/29/05; PTM's due 12/8/05. cc: USA, FPD |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
                             "USA V CARLOS LIKEE RAINEY ET AL"
```

---

```
                                    For all filing dates
```

---

| Document # | Filed | Docket text |
|---|---|---|
| 10 - 1 | 11/21/05 | [Re: DEF 6] Financial Affidavit. |
| 11 - 1 | 11/21/05 | [Re: DEF 6] JDR Order of Detention Pending Hearing set for 11/23/05 at 10:15 a.m. cc: USA, D. Weber, USM, USPO |
| 12 - 1 | 11/21/05 | [Re: DEF 6] JDR Order regarding preparation for trial re cnsl to meet & confer by 11/23/05; PTM's due 12/8/05. cc: USA, D. Weber |
| 13 - 1 | 11/21/05 | [Re: DEF 7] Financial Affidavit. |
| 14 - 1 | 11/21/05 | [Re: DEF 7] JDR Order of Detention Pending Hearing set for 11/22/05 at 2:00 p.m. cc: USA, L. Wells, USM, USPO |
| 15 - 1 | 11/21/05 | [Re: DEF 8] Financial Affidavit. |
| 16 - 1 | 11/21/05 | [Re: DEF 8] JDR Order of Detention Pending Hearing set for 11/22/05 at 3:00 p.m. cc: USA, J. Pharr, USM, USPO |
| 17 - 1 | 11/21/05 | [Re: DEF 6] CJA 20 appointment of D. Weber. |
| 18 - 1 | 11/21/05 | [Re: DEF 7] CJA 20 appointment of L. Wells. |
| 19 - 1 | 11/21/05 | [Re: DEF 8] CJA 20 appointment of J. Pharr. |
| 20 - 1 | 11/22/05 | DEF 7 Attorney Appearance of L. Wells. |
| 21 - 1 | 11/22/05 | [Re: DEF 5] PLF 1 Discovery Conf Certificate. |
| 22 - 1 | 11/22/05 | [Re: DEF 2] PLF 1 Notice of arrest on 11/18/05 in Tacoma, WA. |
| 22A- 1 | 11/22/05 | DEF 6 Attorney Appearance of D. Weber. |
| 23 - 1 | 11/23/05 | [Re: DEF 5] JDR Court Minutes [ECR: Robin Carter] Re: det hrg (held 11/23/05); def oral mot to rls def to community confinement facility denied. cc: USA, FPD, USM, USPO |
| 24 - 1 | 11/23/05 | [Re: DEF 5] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 25 - 1 | 11/23/05 | [Re: DEF 6] JDR Court Minutes [ECR: Robin Carter] Re: det hrg (held 11/23/05); no application made. cc: USA, D. WEBER, USM, USPO |
| 26 - 1 | 11/23/05 | [Re: DEF 6] JDR Order of Detention Pending Trial. cc: USA, D. WEBER, USM, USPO |
| 27 - 1 | 11/23/05 | [Re: DEF 8] JDR Court Minutes [ECR: Caroline Edmiston] Re: cont arr/det hrg (held 11/22/05); not guilty to Cts 1, 9, 14-21 of the Indt; def detained; ptms due 12/8/05; cnsl advised of trial date 1/25/06. cc: USA, L. WELLS, USM, USPO, Judge Sedwick |
| 28 - 1 | 11/23/05 | [Re: DEF 8] JDR Order of Detention Pending Trial. cc: USA, J. PHARR, USM, USPO |
| 29 - 1 | 11/23/05 | [Re: DEF 8] JDR Order regarding preparation for trial; meet and confer 11/28/05; ptms due 12/08/05. cc: USA, J. PHARR |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
```
---
```
                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 11/23/05 | [Re: DEF 7] JDR Court Minutes [ECR: Caroline Edmiston] Re: cont arr/det hrg (held 11/22/05); not guilty to Ct 1 of Indt; def detained; ptms due 12/8/05; cnsl advised of trial date 1/25/06. cc: USA, L. WELLS, USM, USPO, Judge Sedwick |
| 31 - 1 | 11/23/05 | [Re: DEF 7] JDR Order regarding preparation for trial; meet and confer 11/28/05; ptms due 12/8/05. cc: USA, L. WELLS |
| 32 - 1 | 11/23/05 | [Re: DEF 7] JDR Order of Detention Pending Trial. cc: USA, L. WELLS, USM, USPO |
| 33 - 1 | 11/23/05 | [Re: DEF 2] JDR Minute Order re Arr set for 12/5/05 at 2:00 p.m. cc: USA, S. Dattan, USM, USPO |
| 34 - 1 | 11/23/05 | DEF 8 Attorney Appearance of J. Pharr. |
| 35 - 1 | 11/23/05 | [Re: DEF 6] PLF 1 Disc Conf Certificate. |
| NOTE - 6 | 11/29/05 | Notation: RE DEF 2: Proposed Trial Date Setting for Arr to USDJ. |
| NOTE - 7 | 11/29/05 | [Re: DEF 1] USM Notice of Availability; defendant arrived in district 11/29/05. |
| NOTE - 8 | 11/29/05 | [Re: DEF 3] USM Notice of Availability; defendant arrived in district 11/29/05. |
| NOTE - 9 | 11/29/05 | [Re: DEF 4] USM Notice of Availability; defendant arrived in district 11/29/05. |
| NOTE - 10 | 11/29/05 | Notation: RE: DEFS 1, 3 & 4: Proposed Trial Date Setting for Arr to USDJ. |
| 36 - 1 | 11/29/05 | DEF 7 motion shortened time for detention hearing w/att exhs. |
| 37 - 1 | 11/29/05 | [Re: DEF 5-8] JWS Minute Order setting TBJ on 1/25/06 @ 9:00 a.m. & FPTC for 1/25/06 @ 8:30 a.m.. cc: USA, FPD, D. Weber, L. Wells, J. Pharr, USM, USPO, MJ Roberts, JC |
| 38 - 1 | 11/30/05 | [Re: DEF 7] JDR Minute Order granting motion shortened time for detention hearing (36-1); det hrg set for 12/9/05 at 9:30 a.m. cc: USA, L. Wells, USM, USPO |
| 39 - 1 | 11/30/05 | [Re: DEF 4] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment on Indictment (held 11/30/05); Continued Arraignment/status of counsel/detention hearing set 12/02/05 at 4:15 p.m.; defendant to retain hugh fleischer; defendant's oral motion to remove shackles Denied; court directed Mr. McCoy to notify fleischer re hearing set. CC: USA, USM, USPO, FPD. |
| 40 - 1 | 11/30/05 | [Re: DEF 4] JDR Order of Detention Pending Hearing; Continued to 12/02/05 at 4:15 p.m.  CC: USA, USM, USPO, FPD. |
| 41 - 1 | 11/30/05 | [Re: DEF 3] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment on Indictment (held 11/30/05); Burke Wonnell CJA Appointed; Deft plead Not Guilty to Counts 1,3,4,7, & 22 of the Indictment; Deft detained; ptms due 12/15/05; meet and confer 12/05/05; TBJ set 02/08/06. CC: USA, USM, USPO, B. Wonnell, FPD CJA Clerk, Judge Sedwick, Jury Clerk. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"

For all filing dates

Document #      Filed        Docket text