LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 15 PM 1:31

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SHANNON DAWN RAINEY, | ) ) |
| Defendant. | ) ) |
| | ) Case No. A05-108-2 CR (JWS) |

**UNOPPOSED MOTION TO ALLOW
DEFENDANT TO PARTICIPATE TELEPHONICALLY**

Defendant Shannon Rainey, by and through her attorney D. Scott Dattan, hereby moves to be allowed to participate in the trial setting conference on December 21st by telephone. This motion is supported by the affidavit of counsel filed herewith.

Granting this motion will not result in a period of excludable delay pursuant to 18 USC 3161 (h).

Dated this 14th day of December, 2005.

LAW OFFICE OF D. SCOTT DATTAN
Attorney for Defendant, Shannon Rainey
By: _____
D. Scott Dattan
Alaska Bar No. 8411111

CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the foregoing UNOPPOSED MOTION TO ALLOW DEFENDANT TO PARTICIPATE TELEPHONICALLY and AFFIDAVIT OF COUNSEL were HAND DELIVERED to:

Stephan A. Collins
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567

this 15th day of December, 2005.

Patty Smith

LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SHANNON DAWN RAINEY, | ) ) ) |
| Defendant. | ) ) Case No. A05-108-2 CR (JWS) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA    )
                   )ss
THIRD JUDICIAL DISTRICT )

      D. Scott Dattan, being first duly sworn upon oath, deposes and states:

    1.    I am appointed counsel for Defendant Shannon Rainey in this matter.

    2.    She is currently not in custody, having been released on bond. She lives in Tacoma, Washington.

    3.    One of the conditions of her release is that she must appear at all hearings.

    4.    Given the ministerial nature of the proceeding on December 21, the time and expense involved in travel to Anchorage from Tacoma, and the difficulty in getting a

reservation at all during the Christmas travel season, Ms. Rainey requests she be allowed to participate by phone in the trial setting conference.

   **5.**  I have contacted Ms. Rainey about the hearing and she requested that she be granted permission to appear by telephone.

   **6.**  I have contacted Assistant U.S. Attorney Collins and U.S. Probation and Pretrial Service Office Liedike motion and they have indicated that they do not oppose this request.

FURTHER AFFIANT SAYETH NAUGHT.

_____
**D. Scott Dattan**

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the 14th day of December, 2005.

_____
Notary Public in and for Alaska
My Commission Expires: 4-13-09