DEC 1 5 2005

LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**FILED**

DEC 1 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____
_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| SHANNON DAWN RAINEY, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A05-108-2 CR (JWS) |

## ORDER

The motion that Defendant Shannon Rainey be allowed to participate by phone in

the trial setting conference on December 21, 2005 at 8:30 a.m. is granted. Defendant is to call

(907) 677-6247 _____ before the time set for the hearing.

DATED: _December 16, 2005_    _____

JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

109