LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) |
| CARLOS RAINEY, et al | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) Case No. 3:05-cr-108-JWS |

## **ORDER**

Upon motion by the defendants and for good cause shown, it is hereby ordered that the date by which pretrial motions must be filed is extended until April 15, 2006.

DATED: _____          _____

                                                                     JOHN D. ROBERTS
                                                                     UNITED STATES MAGISTRATE JUDGE