LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008
Fax: (907) 278-8571

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| SHANNON DAWN RAINEY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cr-108-JWS |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA       )
                                       )ss
THIRD JUDICIAL DISTRICT )

D. Scott Dattan, being first duly sworn upon oath, deposes and states:

1.  As stated in the joint status report (Docket No. 181), it has not been possible for defense counsel to review the discovery already provided before the motions deadline of March 15, 2006.

2.  I have spoken with Messers Beiswenger, Pharr, Wells and Wonnell, all of whom agreed that extension of the deadline until April 15, 2006, would be appropriate.

3. I left a message for Mr. Sterling indicating that it was my intention to file the motion for extension of the deadline.

4. It may be possible to review all of the discovery provided to date and prepare pretrial motions, if appropriate, by April 15, 2006.

FURTHER AFFIANT SAYETH NAUGHT.

*D. SCOTT DATTAN*

SUBSCRIBED AND SWORN to or affirmed before me at Anchorage, Alaska on the 14th day of March, 2006.

Notary Public in and for Alaska
My Commission Expires: 04.13.09