DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-108 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | RESPONSE TO MOTION |
| vs. | ) | REGARDING DISCOVERY |
| | ) | CERTIFICATION |
| CARLOS RAINEY, ET AL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

      The United States has provided the defendants with the discovery to which

they are entitled pursuant to Fed. R. Crim. P. 16 and hereby certifies that the

United States has no more Fed. R. Crim. P 16 discovery to provide the defendants.

The United States will still provide any exculpatory evidence that comes its way as

soon as any such material ever materializes. To date, the United States has not obtained or become aware of the existence of any exculpatory evidence for any of the defendants.

RESPECTFULLY SUBMITTED this day, March 16, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2006
a copy of the foregoing was served electronically to:

Allan D. Beiswenger   beiswenger@ak.net, loss@gci.net

William B. Carey   bcarey@alaska.com

D. Scott Dattan   dattan@alaska.net, patty.dattanlaw@alaska.net; trenae.dattanlaw@alaska.net

Michael D. Dieni   Mike_Dieni@fd.org, Lynne_Roehling@fd.org; akx_ecf@fd.org

Hugh W. Fleischer   hfleisch@aol.com

Raul Mendez   raulmendez1@earthlink.net

Ronald A. Offret   raoffret@yahoo.com, raoffret@gci.net

John C. Pharr   jpharr@gci.net, recipes4a@yahoo.com

Mark A. Rosenbaum   mark.rosenbaum.law@gci.net, akrose@gci.net

Scott A. Sterling   scottsterling@alaskalawyers.net, sasjmm@gci.net

Lance C. Wells   lwells@gci.net, tamerity@alaska.com

Thomas Burke Wonnell   tburkewonnell@alaska.net, patty.dattanlaw@alaska.net; trenae.dattanlaw@alaska.net


s/ Stephan A. Collins