DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case  No.  3:05-cr-108-11 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | RESPONSE TO MOTION TO JOIN |
| vs. | ) | |
| | ) | |
| ISAI HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Isai Hernandez, the defendant, has moved to have this Court direct the

Untied States to provide the identities of all persons who are depicted in the audio

and video tape recordings and photographs provided in discovery.  Hernandez fails

to provide any authority for this request.  There is no support for such a request in

Fed. R. Crim. P 16 and any list the United States may have prepared containing

any such information would be the government's work product, not subject to production under Fed. R. Crim. P 16(a)(2).

The United States has already provided an index of the participants in the audio recordings intercepted pursuant to the Title III intercept.  As all discovery already produced affects the charges against Hernandez, he can conclude that it relates to him.  No list the government prepares in anticipation of trial regarding the particular items the government intends to introduce against Hernandez or any other defendant is subject to disclosure pursuant to Fed. R. Crim. P 16(a)(2).

RESPECTFULLY SUBMITTED this day, March 28, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**
I hereby certify that on March 28, 2006
a copy of the foregoing was served electronically:

Hugh Fleischer, Esq.

s/ Stephan A. Collins

*U.S. v. HERNANDEZ*
3:06-cr-108-11-JWS-JDR                     Page 2 of  2