IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| vs. | ) |
| | ) |
| CARLOS RAINEY, et al | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) Case No. 3:05-cr-108-02-JWS |

## DEFENDANT SHANNON RAINEY'S PROPOSED JURY INSTRUCTIONS

Defendant Shannon Rainey, by and through her attorney D. Scott Dattan, submits herewith the following proposed jury instructions. All references to proposed jury instructions contained herein refer to those included in the Ninth Circuit Manual of Model Criminal Jury Instructions, 2003 edition.

Defendant respectfully requests the following specific jury instructions be given at the trial in this matter:

| | |
|---|---|
| Instruction No. 4.1 | Statements by the Defendant |
| Instruction No. 4.9 | Testimony of Witness Involving Special Circumstances |
| Instruction No. 4.13 | Government's Use of Undercover Agents And Informants |
| Instruction No. 4.17 | Opinion Evidence, Expert Witness |
| Instruction No. 6.6 | Duress, Coercion or Compulsion (Legal Excuse) |
| Instruction no. 8.16 | Conspiracy – Elements |

| | |
|---|---|
| Instruction No. 8.120 | Financial Transaction to Promote Unlawful Activity |
| Instruction No. 8.121 | Laundering Monetary Instruments |

DATED this 24th day of May, 2006.

s/D. Scott Dattan
Attorney for Defendant, Shannon Rainey
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  dattan@alaska.net
Alaska Bar No:  8411111

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2006, a copy of foregoing was served electronically on:  Stephan Collins, Mike Dieni, Allan Beiswenger, William Carey, John C. Pharr, Scott Sterling, Lance Wells, T. Burke Wonnell, Mark Rosenbaum, Raul Martinez, and Hugh Fleischer.

s/D.Scott Dattan