**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA        v.        SHANNON DAWN RAINEY
                                           ALEXANDER BOOKER

THE HONORABLE JOHN W. SEDWICK        CASE NO.    3:05-cr-00108-JWS

    Deputy Clerk                    Official Recorder

    Pam Richter

APPEARANCES:    for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The final pre-trial conference and trial by jury in this case are
hereby CONTINUED from June 5, 2006, to 8:30 AM and 9:00 AM
respectively, on Tuesday, June 6, 2006.  This one day continuance
is required because the court will be conducting a test of its
Continuity of Operations Plan (COOP) on June 5, 2006.  The court
finds that the interest of justice served by testing the COOP which
is a plan intended to assure continued operation of the court in
the event of a natural disaster (such as an earthquake) or man-made
disaster (such as a terrorist attack on the court) outweighs the
best interest of the defendants and the public in having a trial
commence one day sooner on June 5, 2006.  18 U.S.C. 3161(h)(8).

ENTERED AT JUDGE'S DIRECTION

DATE: May 25, 2006                    INITIALS: prr
                                           Deputy Clerk

[FORMS*IA*]