DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-cr-00108-2 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF INTENT TO USE |
| vs. | ) | THE COURT'S DIGITAL |
| | ) | EVIDENCE PRESENTATION |
| SHANNON RAINEY, | ) | SYSTEM |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and gives notice of the United States' intent to use the Court's Digital Evidence Presentation System (DEPS) in the trial of the above captioned case, currently scheduled to commence June 6, 2006, at 9:00 a.m.

      RESPECTFULLY SUBMITTED this <u>30th</u> day of May, 2006 in Anchorage, Alaska

                                          DEBORAH M. SMITH
Acting United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2006
a copy of the foregoing was served electronically to:

D. Scott Dattan   dattan@alaska.net, patty.dattanlaw@alaska.net; trenae.dattanlaw@alaska.net

s/ Stephan A. Collins