# CURRICULUM VITAE

**NANCY KASER-BOYD, Ph.D., A.B.A.P.**        Telephone:    (818) 506-0719
Clinical and Forensic Psychologist                 Telefax:       (818) 506-0638

Licensed in California [P.S. 007231]
Board Certified, Assessment [American Board of Assessment Psychology]

## CURRENTLY:

Private Practice; clinical and forensic psychology, psychological assessment of adults and children; 12725 Ventura Blvd., Suite K, Studio City, California 91604.

Associate Clinical Professor, Neuropsychiatric Institute, U.C.L.A.

## EDUCATION:

**Undergraduate:**    B.A. in Psychology, 1973
                     Pacific Lutheran University, Tacoma, Washington

**Graduate:**        M.A. in Clinical Psychology, 1979
                     Ph.D. in Clinical Psychology, 1980
                     University of Montana, Missoula, Montana

                     Clinical Internship, 1979-80
                     Los Angeles County-University of Southern California Medical Center, Los Angeles

                     Selected classes, Law School, University of Montana, 1980.

**Postdoctoral:** Fellowship in Forensic Psychiatry, University of Southern California School of Medicine, Institute of Psychiatry and Law, 1980-81

## HONORS AND AWARDS:

- Outstanding Superior Court Panel Expert for 2004, awarded by the Juvenile Courts Bar Association, Los Angeles County.

- Outstanding Superior Court Panel Expert for 1998, awarded by the Juvenile Courts Bar Association, Los Angeles County.

Nancy Kaser-Boyd, Ph.D., page 2

- University of Montana Psychology Department commendation for outstanding graduate work, 1978.

- University of Montana, Bertha Morton Fellowship for academic record, published works, honors received, and evidence of creative activity, 1978.

- University of Montana Psychology Department commendation for outstanding graduate work, 1979.

- National Institute of Mental Health Fellowship, 1976.

## PROFESSIONAL BACKGROUND:

| | |
|---|---|
| 2000 - | Associate Clinical Professor, Neuropsychiatric Institute, U.C.L.A. Psychodiagnostic seminars to interns and postdocs; guest lectures and rounds to Psychology doctoral interns and Psychiatry residents; supervision of psychological assessment cases. |
| 1990-1999 | Assistant Clinical Professor, Neuropsychiatric Institute, U.C.L.A. (a) Team Leader, Outpatient Residents and Interns Supervision Group; (b) Psychological assessment seminars, and supervision of inpatient psychological assessments. |
| 1982-Present | Member, 730 Expert Panel, Los Angeles Co. Superior Court, Dependency |
| 1996-Present | Member, 730 Expert Panel, Los Angeles County Superior Court, Criminal |
| 1989-Present | Lecturer, University of Southern California, Department of Psychology. Teaching Psychological Assessment to graduate students in the doctoral program in clinical psychology. |
| 1989-1994 | Visiting Lecturer, West Los Angeles, Veterans Affairs Medical Center, (Brentwood). Teaching a four-part seminar on advanced personality assessment (focusing on the assessment of DSM-III-R Axis-I and Axis-II disorders with the Rorschach and the Millon Clinical Multi-axial Inventory-II). |
| 1982-90 | Assistant Clinical Professor, U.C.L.A. Psychology Department. Teaching psychological assessment in the graduate program in clinical psychology (Rorschach Comprehensive System, Millon Clinical Multi-axial Inventory). |
| 1988-89 | Director, Affective Disorders Clinic, Ingleside Hospital, Rosemead, CA. |

Nancy Kaser-Boyd, Ph.D., page 3

|  |  |
|---|---|
|  | Directed inpatient group psychotherapy, ran an interpersonal psychotherapy group, and supervised interns in treatment of affective disorders. |
| August 1985-October 1988 | Administrative Director, Ingleside Hospital, Outpatient Department and Partial Hospitalization Program.<br>Administrative and clinical responsibility for program development, budgeting, staffing, and ongoing clinical programs; for development and maintenance of internship training programs (recruiting staff, presenting seminars, providing clinical supervision); for liaison to the community and to other hospital departments; serving on hospital committees (Administrative, Marketing, Credentials, Research, and Education). |
| August 1984-July 1989 | Director of Psychology, Ingleside Hospital<br>Training Director, doctoral-level internship program (A.P.A.-approved)<br>Director of Community Consultation and Education.<br>Directed all aspects of internship training and taught year-long seminars on psychological assessment, ethics, and contemporary psychological issues |
| August 1985-July 1988 | Director, Assessment Service, U.C.L.A., Psychology Department.<br>Duties: Operated a direct-service assessment clinic for the psychological assessment of a range of referral questions for children and adults; budgeting and hiring, teaching and supervision of staff and graduate students in Clinical Psychology. |
| 1983-1987 | Assistant Clinical Professor, U.S.C. School of Medicine.<br>Training and supervision of clinical psychology interns at Los Angeles County-University of Southern California Medical Center, Child Outpatient Department. |
| 1981-1985 | Staff Psychologist and Lecturer, Fernald School, Psychology Department. U.C.L.A.<br>Training and supervision of clinical psychology graduate students in psychotherapy and psychological assessment; research on issues in child clinical psychology; provision of direct services to children and adolescents with learning and behavioral problems. |
| 1983 | Adjunct Assistant Professor, Fuller Graduate School of Psychology. Taught graduate course on projective testing and the Rorschach (Exner System). |
| January 1982 | Completed requirements for licensure in California, License P.S. 7231. |
| 1980-81 | Post-Doctoral Fellow and Clinical Instructor in Forensic Psychiatry, U.S.C. School of Medicine, Institute of Psychiatry and Law.<br>Training in theory and practice of forensic psychiatry. Psychotherapy with |

Nancy Kaser-Boyd, Ph.D., page 4

offender groups; psychological evaluations for juvenile and adult courts addressing issues of competence, insanity, diminished capacity, juvenile

fitness and child custody; court testimony; staff psychology duties at Terminal Island Federal Penetentiary; supervision of psychology and law school interns; and coursework in applied family, civil, and criminal law.

| | |
|---|---|
| 1979-80 | Clinical Psychology Intern, Los Angeles County-University of Southern California Medical Center. APA-approved training with inpatient and outpatient adults and children. Electives in the intensive inpatient treatment of adolescents, psychological consultation to minority schools, and the assessment and treatment of child abuse. |
| 1976-79 | Psychologist in training, Clinical Psychology Center, University of Montana. Training in outpatient individual, group, and family therapy, for a variety of psychological problems. Carried approximately 10 weekly clinical hours per academic quarter. |
| 1978-79 | Clinical Team Leader, University of Montana Psychology Clinic. Supervised less advanced graduate students in psychotherapy and psychological assessment, and assisted in leading clinical case conferences. |
| Summer 1978 | Psychology Trainee, Long Beach Veterans Administration Medical Center. 500 hours on four rotations, with training in admissions, inpatient psychiatry, and psychological interventions with chronic pain and spinal-cord injuries. |
| 1978-79 | Lecturer in Abnormal Psychology and Women's Studies, University of Montana. |
| Summer 1977 | Psychology Trainee, Vancouver, Washington, Veterans Administration Medical Center. 500 hours of training in individual and group psychotherapy with inpatients and outpatients; special emphasis on psychological assessment. |
| 1976-77 | Clinical Psychology Assistant, Western Montana Regional Mental Health Center. Performed psychological evaluations on children and adults. Administered standard psychodiagnostic test batteries and clinical interviews, presented cases to an interdisciplinary team for discussion and formulation of recommendations and prepared written reports for the team. Many cases were Court-referred. |

Nancy Kaser-Boyd, Ph.D., page 5

## CONSULTANTSHIPS:

Criminal, Civil, Juvenile, and Family Courts; forensic evaluations and expert testimony:

    Criminal Courts (State and Federal):
        Evaluations of mental state for competence to stand trial, insanity, dangerousness, and factors in sentencing; expert testimony regarding psychological tests and the malingering of mental disorder. Member 730 Panel, Los Angeles County Superior Court (Criminal).

    Civil Courts:
        Psychological assessment of cognitive and emotional state of civil litigants.
        Expert testimony regarding the malingering of emotional distress.

    Juvenile Dependency Courts:
        Member of 730 Expert Panel, performing evaluations of children, adults, and families, on issues of child abuse and neglect.

    Family Court:
        Evaluations for child custody.

California Board of Prison Terms:

Independent Examiner, performing psychological evaluations of mentally ill inmates, evaluating "readiness" for release and present dangerousness.
[1987-1995]

U.C.L.A. Psychology Department, Sexual Abuse Project:

Consultant on research design and analysis of results of assessment measures of sexually molested preschool children. [1986-87]

Guest Editor, Journal of Personality Assessment (1995 - present)
Guest Editor, Assessment (1999 – present)
    Review selected articles submitted to these journals for publication.

## MEMBERSHIPS:

American Psychological Asociation (1979-present).
Society for Personality Assessment (Joined in 1988; elevated to Fellow in 1994).

Nancy Kaser-Boyd, Ph.D., page 6

California State Psychological Association (Joined in 1982).
Los Angeles County Psychological Association (Joined in 1986);
    Member, Forensic Committee (1988)
Los Angeles Society of Clinical Psychologists (Board Member, 1985-87).
California Attorneys for Criminal Justice (Associate Member, since 1987).
American Professional Society on the Abuse of Children (Joined 1990).
Medical Staff, Ingleside Hospital (1984-1989).

## RELATED PROFESSIONAL ACTIVITIES:

1989-2002    Oral Examiner. State of California, Psychology Examining Committee. Sit for Biannual oral examination of psychologist applicants for state licensure.

2001-    Consultant/Trainer, Senate Bill 799, Habeus Petitions for Incarcerated Battered Women

1977    Project evaluator for federally-funded public conferences on the community treatment of the mentally and physically disabled and on violence and women.

1973-75    Assistant Director, Montana Committee for the Humanities. Provided liaison between the National Endowment for the Humanities and community groups wishing to organize programs to bring the perspective of the humanities to social issues.

## RESEARCH ACTIVITIES:

1997 -    Malingering of Battered Woman Syndrome, a study of symptoms and feined symptoms on the Millon Clinical Multiaxial Inventory.

1994 -    Rorschach studies [women who kill, L.A. riot victims, trauma studies]

1986-1989    Cognitive and emotional effects of toxic exposure. Collaborating with Steven Rottman, M.D. (U.C.L.A. Medical Center), John Alexander, M.D. (Western Center for Hyperbaric Medicine), and Timothy Cannis, M.D. (Northridge Hospital).

1983-    Study of women who commit homicide. Analysis of a sample of 60 cases of female homicide in Los Angeles County.

1981-84    Children's attitudes toward and competence to consent to psychotherapy. Collaboration with Howard Adelman, Ph.D., and Linda Taylor, Ph.D., Fernald School, Psychology Department, U.C.L.A.

1980    Dissertation research. The effectiveness of teaching parenting skills to abusive parents through weekly home visits and individually-designed child-management

Nancy Kaser-Boyd, Ph.D., page 7

    plans. Changes in abusive parenting were measured using an in-home family recording system designed for the project.

1979  The battered woman syndrome. Research team member, NIMH-funded project; Lenore Walker, Ph.D., Principal Investigator.

1976-79  The relationships between children's television advertising and food preferences. Research team member, National Science Foundation-funded project; Balfour Jeffrey, Ph.D., Principal Investigator. Six studies of children's responses to television advertising, and master's thesis.

## PUBLICATIONS, PRESENTATIONS:

1. **Book Chapters**

  Kaser-Boyd, N. (2004). Battered woman's syndrome: Clinical features, evaluation, and expert testimony. In Cling, B. J. (Ed.) <u>Sex, violence and women</u>. New York: Guilford.

  Kaser-Boyd, N. (2005). The paranoid personality. In Huprich, S. K. (Ed). <u>Rorschach assessment of personality disorders</u>. New York: Earlbaum.

  Kaser-Boyd, N. (2002). Children who kill. In Neil Ribner (Ed.), <u>Handbook of juvenile forensic psychology</u>. New York: Jossey Bass.

  Armstrong, J. & Kaser-Boyd, N. (2003). Projective assessment of trauma. In M. Hilsenroth & D. Segal (Eds.), Objective and projective assessment of personality and psychopathology. Volume 2 in M. Hersen (Ed.-in-Chief), Comprehensive handbook of psychological assessment. New York: John Wiley & Sons.

  Kaser-Boyd, N. & Steinberg-Oren, S. (2001) Rorschach interpretation. In Rose, T., Kaser-Boyd, N. & Maloney, M.P., <u>Essentials of the Rorschach.</u> New York: Wiley & Sons.

  Kaser-Boyd, N. (2001) Strengths and weaknesses of the Rorschach. In Rose, T., Kaser-Boyd, N. & Maloney, M.P., <u>Essentials of the Rorschach.</u> New York: Wiley & Sons.

  Kaser-Boyd, N. (2001) Clinical applications of the Rorschach. In Rose, T., Kaser-Boyd, N. & Maloney, M.P., <u>Essentials of the Rorschach.</u> New York: Wiley & Sons.

  Kaser-Boyd, N. (2001) Illustrative case reports. In Rose, T., Kaser-Boyd, N. & Maloney, M.P., <u>Essentials of the Rorschach.</u> New York: Wiley & Sons.

  Kaser-Boyd, N. & Maloney, M.P. (1985). Evaluating sex offenders. In M.P. Maloney, <u>Psychological assessment of civil and criminal issues.</u> New York: Macmillan-Free Press.

Nancy Kaser-Boyd, Ph.D., page 8

Kaser-Boyd, N. & Maloney, M.P. (1985). The insanity defense. In M.P. Maloney, Psychological assessment of civil and criminal issues. New York: Macmillan-Free Press.

Jeffrey, D.B., & Lemnitzer, N. (1980). Eating, exercise, obesity, and related health problems: a macro-environmental analysis. In J. Ferguson and B. Taylor (Eds.), The comprehensive handbook of behavioral medicine. Jamaica, N.Y.: S.P. Medical and Scientific Books.

2. **Journal Publications**

Olin, J.T., Schneider, L.S., & Kaser-Boyd, N. (1996). Associating personality pathology with emotional distress in caregivers of patients with Alzheimer's disease. J. of Clinical Geropsychology, 2(2), 93-101.

Kaser-Boyd, N. (1995). Detecting malingering in criminal defendants. Prosecutor's Brief, 18, 19-22.

Adrian, C. & Kaser-Boyd, N. (1995). The Rorschach Ego-Impairment Index in heterogenous psychiatric patients. J. of Pers. Assessment, 65(3), 408-414.

Rottman, S.J., Kaser-Boyd, N., Cannis, M.D., and Alexander, J. (1995). Low-level carbon-monoxide poisoning: Inability of neuropsychological testing to identify patients who benefit from hyperbaric oxygen therapy. Prehospital and Disaster Medicine, 10(4), 276-281.

Kaser-Boyd, N. (1993). Post-traumatic stress disorders in children and adults: The legal relevance. Western State University Law Review, 20(2), 319-334.

Kaser-Boyd, N. (1993). Rorschachs of women who commit homicide. Journal of Personality Assesssment, 60(3), 458-470.

Kaser-Boyd, N. (1993). Book review [Review of Interpretive guide to the Millon Clinical Multiaxial Inventory]. J. of Personality Assessment, 61(1), 206-209.

Kaser-Boyd, N. & Balash, S. (1993). Battered Women Syndrome in the Courtroom. In Defending battered women in criminal cases. Chicago, Ill.: American Bar Association.

Kaser-Boyd, N. & Mosten, F. S. (1993). The violent family: Psychological dynamics and their effect on the lawyer-client relationship. Family & Conciliation Courts Review, October, 31(4), 425-436.

Kaser-Boyd, N. & Balash, S.R. (1992). Battered woman syndrome and other subtypes of post-traumatic stress disorder: Strengths and liabilities in the courtroom. CACJ Forum, 29, 4, 18-28.

Nancy Kaser-Boyd, Ph.D., page 9

Kaser-Boyd, N. (1992). A Psychologist's comment on Basic Instinct. The California Psychologist, 25, 5, 19.

Mosten, F. & Kaser-Boyd, N. (1992). The violent family: Intervention strategies for family lawyers. Family Law News, 15, 1, 4-7.

Kaser-Boyd, N. & Mosten, F. (1991). The violent family: psychological dynamics and their effect on the attorney-client relationship. Family Law News, 14, 2, 23-27.

Kaser-Boyd, N. (1991). Thelma and Louise: A film with relevance to psychologists. The California Psychologist, 24, 4, 28.

Kaser-Boyd, N. (1988). Fictitious allegations of sexual abuse in marital dissolution. Family Law News, 2, 4, 49-52.

Kaser-Boyd, N., Adelman, H.S., Taylor, L. & Nelson, P. (1986). Children's understanding of the risks and benefits of psychotherapy. Journal of Clinical Child Psychology, 15 (2), 165-171.

Kaser-Boyd, N., Adelman, H.S., & Taylor, L. (1985). Minor's ability to identify risks and benefits of therapy. Professional Psychology, 16(3), 411-417.

Adelman, H.S., Kaser-Boyd, N., & Taylor, L. (1984). Children's participation in consent for psychotherapy and their subsequent response to treatment. Journal of Clinical Child Psychology, 13(2), 170-178.

Taylor, L.L., Adelman, H.S., & Kaser-Boyd, N. (1983). Perspectives of children regarding their participation in psycho-educational decisions. Professional Psychology, 14(6), 882-894.

Jeffrey, D.B., Bolin, D., Lemnitzer, N.[Kaser-Boyd, N.], Hickey, J.S., & Hess, M.J. (1980). The impact of television advertising on children's eating behavior: An integrative review. Catalog of Selected Documents in Psychology, 10, 11.

Jeffrey, D.B., Lemnitzer, N.[Kaser-Boyd, N.], Hickey, J.S., Hess, M.J., McLellern, R.W., Stroud, J.M. (1980). The development of a behavioral eating test and its relationship to a self-report food preference scale. Behavioral Assessment, 2(1), 87-98.

Kaser-Boyd, N. (1981). Training in child management as treatment for abusive parents. Dissertation Abstracts International, 41, 11, 4265-B.

Nancy Kaser-Boyd, Ph.D., page 10

2. **Presentations/Symposia**

Kaser-Boyd, N. (March, 2006). Abused: Malingering or Not? A case discussion with a documentary film, presented at the Annual Meeting of the Society for Personality Assessment, San Diego.

Kaser-Boyd, N. (August, 2005). Battered Woman's Syndrome: Evaluation and Expert Testimony. Round-Table Discussion at the annual meeting of the American Psychological Association.

Kaser-Boyd, N. (July, 2005). Chairperson, Symposium: Cultural Variations in the Presentation of Posttraumatic Stress Disorder. International Congress of Rorschach and Projective Methods. Barcelona, Spain.

Kaser-Boyd, N. (July, 2005). Trauma Symptoms and Adaptation in African and Egyptian Women. Paper to be presented at the International Congress of Rorschach and Projective Methods. Barcelona, Spain.

Fernandez, G. & Kaser-Boyd, N. (July, 2005). After the Tsunami Disaster: Cultural Factors in Recovery. Paper to be presented at the International Congress of Rorschach and Projective Methods. Barcelona, Spain.

Kaser-Boyd, N. (March, 2005). Consulting With the Prosecution. Workshop presented at the Annual meeting of the Society for Personality Assessment.

Kaser-Boyd, N. (October, 2004). Parents in Dependency Court. Symposium presented at the 9th Annual California State/Los Angeles/Dependency Court Partnership Conference.

Kaser-Boyd, N. (March, 2004). Forensic Evaluation of Domestic Violence. Continuing Education Workshop. Annual Meeting of the Society for Personality Assessment, Miami, Florida.

Kaser-Boyd, N. (March, 2004). Open Consultation Session. Annual Meeting of the Society for Personality Assessment, Miami, Florida.

Kaser-Boyd, N. & Armstrong, J. (March 2003). When is it Complex Post-Traumatic Stress Disorder? Diagnostic Accuracy in Forensic Settings. Continuing Education Workshop, Annual Meeting of the Society for Personality Assessment. San Francisco.

Efraim, D., & Kaser-Boyd, N. (March, 2003). A Rorschach index to assess perception of danger. Annual Meeting of the Society for Personality Assessment. San Francisco.

Kaser-Boyd, N. (March, 2003). Invited consultation: Open Consultation Session: "Meet with nationally and internationally recognized personality assessment experts in an informal

Nancy Kaser-Boyd, Ph.D., page 11

contact to "pick their brains". Annual Meeting of the Society for Personality Assessment. San Francisco.

Kaser-Boyd, N. (February, 2003). Personality disorder as mitigation evidence. Death Penalty Conference, Monterey, CA.

Kaser-Boyd, N. (November, 2002). Attachment: Template for Human Relatedness. Invited Workshop, "A New Beginning": 8th Annual Conference of the Los Angeles County Superior Court and California State University, Los Angeles.

Kaser-Boyd, N. (September, 2002). Psychological effects of female genital circumcision. XVII International Congress of Rorschach and Projective Methods. Rome.

Berant, E., Kaser-Boyd, N., Segal, H., & Zim, S. (September, 2002). Rorschach and TAT manifestations in young people exposed to sexual or mental abuse and violence during their childhood. XVII International Congress of Rorschach and Projective Methods. Rome.

Kaser-Boyd, N. (March, 2002). Battered Woman's Syndrome and health care. Grand Rounds, Scott-White Medical Center, University of Texas at Austin. Texas.

Kaser-Boyd, N. (March, 2002). Hatred and fanaticism: Understanding the terrorist. Paper presented at the Society for Personality Assessment Annual Meeting, San Antonio, Texas.

Kaser-Boyd, N. (March, 2002). Teaching cultural competence. Paper presented at the Society for Personality Assessment Annual Meeting, San Antonio, Texas.

Kaser-Boyd, N. (March, 2002). High stakes in the courtroom: Standards for interpretation of the Rorschach. Paper presented at the Society for Personality Assessment Annual Meeting, San Antonio.

Kaser-Boyd, N. (September, 2001). Malingered Battered Woman's Syndrome. Poster, 6th International Conference on Family Violence. San Diego, CA.
Kaser-Boyd, N. (March 2001). MMPI's of women with histories of abuse. Paper presented at the Annual Meeting of the Society for Personality Assessment, Philadelphia, Pa.

Kaser-Boyd, N. (March 2001). A Gold Standard for the forensic use of the Rorschach. Symposium: Exploring the implications of a Rorschach coding "Gold Standard". Annual Meeting of the Society for Personality Assessment, Philadelphia, Pa.

Kaser-Boyd, N. (March 2000) Current challenges to teaching the Rorschach. Symposium at the Annual Meeting of the Society for Personality Assessment, Albuquerque, N.M.

Kaser-Boyd, N. (March 2000) Battered Woman's Syndrome in the Courtroom. Presentation to Pepperdine Law School students, Malibu campus.

Nancy Kaser-Boyd, Ph.D., page 12

Kaser-Boyd, N. (June 1999). Domestic violence: Psychological effects on children. Statewide California Coalition for Battered Women Training Seminar Series. El Monte, California.

Kaser-Boyd, N. & Evans, B. (March 1999). The Forensic Assessment of Psychological Trauma. Workshop at the Annual Meeting of the Society for Personality Assessment, New Orleans.

Kaser-Boyd, N. (March 1999). Battered Woman's Syndrome in the Courts. Presentation to law school students at Pepperdine University, Los Angeles.

Kaser-Boyd, N. (January 1999). Domestic violence: When children are at risk. Invited lecture. San Diego Conference on Responding to Child Maltreatment

Kaser-Boyd, N. & Crespo, A. (October, 1998). Psychological evaluation of physically abusive parents. Symposium at the 4th Annual "New Beginning for Partnerships for Children and Families in Los Angeles County", Los Angeles Convention Center.

Kaser-Boyd, N. & Rapport, L. (1998). Child celebrities--adaptation to adulthood: A study with the Millon Clinical Multiaxial Inventory. Paper at a symposium entitled "Celebrity Stress and Psychosocial Adjustment of Young Performers", Annual Meeting of the American Psychological Association, San Francisco.

Kaser-Boyd, N. (July, 1998). Ethics in the practice of forensic psychology. Invited lecture to the San Gabriel Valley Psychological Society, Pasadena.

Kaser-Boyd, N. (May, 1998). Complex PTSD and Battered Woman Syndrome. Lecture to Psychiatric Staff, Los Angeles County Jail.

Armstrong, J. & Kaser-Boyd, N. (February,1998). Diagnosing dissociative disorders. Continuing Education Workshop at the Society for Personality Assessment, Boston.

Kaser-Boyd, N. & Crespo, A. (January, 1998). The MMPI-2 and MMPI-A in the Courtroom: Uses and Abuses in Forensic Evaluation. 15th Annual Juvenile Law & Procedures Seminar, Juvenile Courts Bar Association, Burbank, CA.

Kaser-Boyd, N. (November, 1997). Can Battered Woman Syndrome Be Malingered? Paper in a symposium, "Expert Witness Testimony: Battered Women in Court". 49th Annual Meeting of the American Society of Criminology, San Diego, CA.

Kaser-Boyd, N. (October, 1997). Expert witness testimony. Women's Law Caucus, University of Montana, Missoula.

Nancy Kaser-Boyd, Ph.D., page 13

Kaser-Boyd, N. & Crespo, A. (October, 1997). Attachment and bonding: Disrupted attachment - Causes and interventions. Third Annual Conference of the Los Angeles County Juvenile Court and California State University, Los Angeles.

Kaser-Boyd, N. (March, 1997). Surviving a Post-Partum Tragedy. Paper presented at the annual meeting of the Society for Personality Assessment, San Diego.

Kaser-Boyd, N., Ganellen, R.J., Kennedy, R., Stein, D., & Weiner, I.B. (March, 1997). Defending the Rorschach in Court. Symposium at the Annual Meeting of the Society for Personality Assessment, San Diego.

Kaser-Boyd, N. & Viglione, D. (March, 1997). The Rorschach and Trauma. Workshop presented at the Annual Meeting of the Society for Personality Assessment, San Diego.

Kaser-Boyd, N. (August, 1996). Ring of Fire. Panel discussant, domestic violence. A workshop at the American Hospital Association annual meeting, Philadelphia, PA.

Kaser-Boyd, N. & Adrian, C. (July, 1996). Ego impairment index in battered women. Paper presented at the 15th International Congress of Rorschach and Projective Methods, Boston.

Kaser-Boyd, N. (April, 1996). Object relations and serial homicide: A Rorschach study. Paper presented at the annual meeting of the Society for Personality Assessment, Denver.

Kaser-Boyd, N., Armstrong, J., Erdberg, P., and Viglione, D. (March, 1995). Trauma and the Rorschach. Symposium at the Annual Meeting of the Society for Personality Assessment.

Kaser-Boyd, N. (November, 1994). Measuring trauma in battered women. Poster presentation at the Annual Meeting of the International Society for Traumatic Stress Studies, Chicago.

Kaser-Boyd, N. (October, 1994). Domestic Violence Workshop. A one-day invited continuing education workshop for the Arkansas Psychological Association, Little Rock.

Scarf, C.L., Kaser-Boyd, N. & Viglione, D. (August 1994). The riots live on: Rorschach trauma content in victims of the 1992 Los Angeles riot. Symposium at the Annual Meeting of the American Psychological Association, Los Angeles.

Kaser-Boyd, N. (May, 1994). Invited lecture on presenting expert testimony on victimization defenses. Criminal Defense Update, California Attorneys for Criminal Justice, San Diego.

Kaser-Boyd, N. (Spring, 1994). Cultural sensitivity in forensic evaluation: Genital circumcision in an Egyptian woman. Workshop, Society for Personality Assessment Annual

Nancy Kaser-Boyd, Ph.D., page 14

Meeting, Chicago, Ill.

Kaser-Boyd, N. (Spring, 1994). Munchausen Syndrome by Proxy. Symposium, Society for Personality Assessment Annual Meeting, Chicago, Ill.

Kaser-Boyd, N. Battered Women Who Kill. Invited lecture to San Diego Psych-Law Society. October 1993.

Kaser-Boyd, N. Battered Woman's Syndrome Testimony in the Criminal Case...Psychological Perspective and Relationship to the Law. Invited lecture, American Bar Association Conference on Defending Battered Women in Criminal Cases, San Francisco, September 1993.

Kreitzberg, Ellen and Kaser-Boyd, N. Demonstration: Tactics and Strategies: Direct Examination of an Expert Witness. American Bar Association Conference on Defending Battered Women in Criminal Cases, San Francisco, September 1993.

Kaser-Boyd, N. (May, 1993). The socio-legal context of violence against women: The influence of language, power, credibility, and social policy. Conference on Psychological Damages as Elements of Proof in Cases of Violence Against Women, sponsored by LosAngeles County Psychological Association and The California Women's Law Center.

Kaser-Boyd, N., & DeVos, G. (March, 1993). Cultural sensitivity in forensic evaluation. Symposium, Annual Meeting of the Society for Personality Assessment, San Francisco.

Kaser-Boyd, N. (March, 1993). Gender differences in attaining status in professional psychological organizations: Is it sexual harrassment? Paper presented at the Annual Meeting of the Society for Personality Assessment, San Francisco, CA.

Kaser-Boyd, N. (September, 1992). Battered Woman Syndrome Defenses. Invited lecture to the California Public Defenders Association meeting "Exploring Scientific Evidence", Oxnard, CA.

Kaser-Boyd, N. (September, 1992) Post-Traumatic Stress Disorder and Homicide. Invited Lecture to the Los Angeles County Bar Association, Indigent Criminal Defense Appointments Program, Los Angeles, CA.

Kaser-Boyd, N., Meloy, J.R., & Berg, J. (1992). The psychodynamics of battering. Symposium presented at the annual meeting of the Society for Personality Assessment, Washington, D. C.

Kaser-Boyd, N. (1992). Fabricated battered woman syndrome: An MCMI-2 study. Paper presented at the annual meeting of the Society for Personality Assessment, Washington, D. C.

Nancy Kaser-Boyd, Ph.D., page 15

Adrian, C. & Kaser-Boyd, N. (1992). The Rorschach Ego-Impairment Index in heterogeneous psychiatric patients. Paper presented at the annual meeting of the Society for Personality Assessment, Washington, D. C.

Balish, S. & Kaser-Boyd, N. (October, 1991). Battered wife syndrome defenses. Invited presentation to "Forensic and Scientific Evidence" Conference, of the California Public Defenders Association.

Kaser-Boyd, N. (October, 1991). Ethics in the practice of forensic psychology: New Standards of A.P.A.'s Division 41. Presentation to the annual meeting of the Los Angeles County Psychological Association.

Kaser-Boyd, N. (March, 1991). Trauma and Personality Functioning. Symposium presented to the annual meeting of the Society for Personality Assessment.

Kaser-Boyd, N. (February, 1991). Empirically-based Child Custody Evaluation. Symposium presented to the annual meeting of the California State Psychological Association.

Kaser-Boyd, N. (April, 1990). 10 Years after Graduate Training. Invited Address to the Montana State Psychological Association, Missoula, Montana.

Kaser-Boyd, N. (April, 1990). Psychological Assessment in Forensic Psychology. Kaiser-Permanente Hospital, Los Angeles, Psychology Internship Program.

Kaser-Boyd, N. (March, 1990). Rorschach Protocols of Women Who Commit Homicide. Paper presented at the annual meeting of the Society for Personality Assessment, San Diego.

Kaser-Boyd, N. (May, 1989). Fictitious Allegations of Sexual Abuse in Child Custody. Panel, Juvenile Courts Bar Association Annual Meeting.

Kaser-Boyd, N. (1988). Scoring and interpretation of the Rorschach (Exner System). Workshop for Psychology Dept., V.A. Medical Center, Brentwood.

Kaser-Boyd, N. (1987, September). Dynamics of violent conjugal relationships. Discussant, Grand Rounds, U.C.L.A. Medical Center.

Kaser-Boyd, N. (1987, May). A study of women who kill their children. Presentation at conference "Postpartum Depression and Criminal Responsibility," Pennsylvania State University.

Kaser-Boyd, N. (1986). Risk factors in adolescent suicide: a course for inpatient hospital staff. Ingleside Hospital, Rosemead, California.

Nancy Kaser-Boyd, Ph.D., page 16

Kaser-Boyd, N. & Maloncy, M.P. (1984, August). Women who kill. Paper presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Adelman, H.S., Kaser-Boyd, N., & Taylor, L.L. (1983, August). Children'sparticipation in treatment decision-making. Symposium presented at the annual meeting of the American Psychological Association, Anaheim, California.

Kaser-Boyd, N. (1980, January). The battered woman: Results of an eight-state survey. Presentation to Psychology Division, Department of Psychiatry, U.S.C. School of Medicine.

Lemnitzer [Kaser-Boyd], N. (1979, Spring). Psychological correlates of violence. Colloquium presented to the Psychology Department, University of Montana.

Lemnitzer [Kaser-Boyd], N. (1977). "Beyond Bricks and Mortar", a documentary film exploring conditions at Montana State Prison. Distributed by the Montana Committee for the Humanities.

Lemnitzer [Kaser-Boyd], N. (1976). "Us and Them", a documentary film about the rights of the mentally ill. Distributed by the Montana Committee for the Humanities.

4. **Work in preparation.**

Kaser-Boyd, N. (in preparation). <u>Forensic psychological evaluation</u>. The methodology of forensic evaluation, forensic psychological testing, and psychological testimony.

Kaser-Boyd, N. (in preparation). <u>Women who kill</u>. (A book examining 60 cases of female homicide).

Kaser-Boyd, N. (in prep). Is sexual harrassment sexual abuse?: Common effects on psychological functioning.

**CONTINUING EDUCATION:**

Rorschach Workshops, Interpretation with Children and Adolescents (Exner & Weiner), Los Angeles, 1982.

Child Physical and Sexual Abuse, San Diego, 1986.

MCMI, Research and Clinical Use (Millon), Los Angeles, 1988.

MMPI-II, Standardization Data and Clinical Use (Butcher), Costa Mesa, 1989.

Issues in the practice of Forensic Psychology (Butcher, Resnick, Weiner), Costa Mesa, 1989.

Nancy Kaser-Boyd, Ph.D., page 17

Rorschach Workshops, Advanced Interpretation (Exner and Erdberg), San Diego, May, 1989.

Rorschach Workshops, Advanced Interpretation (Exner and Weiner), Denver, May, 1989.

Rorschach Workshops, Basic Tutorial (Erdberg), June, 1989.

American Board of Professional Psychology (ABPP) Summer Institute, Forensic Psychology (Shapiro), July, 1989.

ABPP Summer Institute, Clinical Child Neuropsychology (Satz and Majovski), July 1990.

Rorschach Workshops, Alumni Workshop, Asheville, North Carolina, 1991.

The MMPI-2 in Forensic Practice, Workshop at the Society for Personality Assessment, March 1992.

The MMPI-2 in Forensic Practice, American Academy of Forensic Psychology, Santa Fe, 1994.

Substance Abuse Training. Workshop at the California Psychological Association Annual Meeting, March 1996.

Advanced Jury Science for the Practicing Psychologist. Seminar at the California Psychological Association Annual Meeting, March 1996.

Child Custody Guidelines. Seminar at the California Psychological Association Annual Meeting, March 1996.

Forensic Psychology in California: Update for 1996. Workshop at the California Psychological Annual Meeting, March 1996.

Avoiding Ethical Errors in Forensic Practice. Workshop at the California Psychological Association Annual Meeting, March 1996.

Advanced Rorschach Interpretation. Workshop at the International Congress of Rorschach and Projective Methods, Boston, 1996.

U.C.L.A. Annual Review of Psychiatry. Two-day seminar by experts on dementia, mood disorders, post-partum disorders, schizophrenia, substance abuse, and psychopharmacology. Los Angeles, October 1996.

U.C.L.A. Annual Review of Psychiatry. Two-day seminar, update on major mental disorders. Los Angeles, October 1998.

Nancy Kaser-Boyd, Ph.D., page 18

Ethics. One-day seminar, University of Southern California, October 1999.

Domestic Violence in Family Court. One-day seminar, Los Angeles County Family Court, February 2000.

U.C.L.A. Annual Review of Psychiatry. Two-day seminar, update on major mental disorders. Los Angeles, October, 2000.

U.C.L.A. Annual Review of Psychiatry, Los Angeles, October, 2001.

Managing Borderline Personality Disorder, U.C.L.A. Neuropsychiatric Institute. Professors Michael Gitlin, Glen Gabbard, and Jan Fawcett. January, 2002.

Theories and Practices of Supervision. University of Southern California Graduate School. Taught by Rod Goodyear, Ph.D. March 2003

Introducing the MMPI-2 Restructured Clinical Scales. Taught by Yossef Ben-Porath, Ph.D. of Kent State University. March 2003

Domestic Violence. Taught by Gayla Margolin, Ph.D., sponsored by University of Southern California. February 2004.

Forensic Evaluation of Domestic Violence. Taught by N. Kaser-Boyd, Ph.D., sponsored by the Society for Personality Assessment. March 2004.

Assessing the Risk of Aggression and Violence. Taught by Edwin I. Margargee, Ph.D., sponsored by the Society for Personality Assessment. March 2004.

The Many Faces of Dementia: From Prevention to Treatment. University of Southern California. February 2005.

Consulting With the Prosecution. Taught by N. Kaser-Boyd, Ph.D., sponsored by the Society for Personality Assessment. March 2005.

Multi-Method Assessment of Domestic Violence Risk. Annual Meeting of the Society for Personality Assessment. March 2005.

Little Caeser: A Case of Sexual Compulsion. Annual Meeting of the Society for Personality Assessment. March 2005.

Psychological Ethics: The APA Principles Are Not Invincible. Taught by Harmell, et. al., at the annual meeting of the California State Psychological Association Meeting. Pasadena. April 2005.

Nancy Kaser-Boyd, Ph.D., page 19

Battered Woman's Syndrome: 30 Years After. Symposium chaired by Lenore Walker, Ed.D., Annual Convention of the American Psychological Association, Washington, D.C., August 2005.

The Ethics of Psychological Assessment in Clinical and Forensic Practice: An In-Depth Examination. Annual Meeting of the Society for Personality Assessment. March 2006, San Diego.

(Rev. 3/2006)