IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-00108-2 (JWS) |
| Plaintiff, ) | |
| ) | ORDER (proposed) |
| vs. ) | |
| SHANNON RAINEY ) | |
| Defendant. ) | |

Having considered the Government's Motion <u>In Limine</u> to Exclude Expert Witnesses or in the Alternative to Allow Additional Trial Preparation Time, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

DATED this _____ day of May, 2006, at Anchorage, Alaska.

 

JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE