**Dattan Scott Dattan**
ATTORNEY AT LAW
2600 DENALI STREET, SUITE 460
ANCHORAGE, ALASKA 99503

LICENSED TO PRACTICE
ALASKA
CALIFORNIA
FLORIDA

(907) 276-8008
(907) 278-8571 (FAX)
DATTAN@ALASKA.NET
HTTP://WWW.DATTANLAW.COM

April 25, 2006

Stephan Collins
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567

Re:   USA v Rainey

Dear Stephan:

In an effort to try and make sure that I haven't overlooked anything, I am sending you this request for discovery under Fed. R. Crim. P. 12(b)(4)(B) and 16(a)(1).

Please also accept this letter as Ms. Rainey's request for disclosure of all exculpatory evidence under Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150(1972), and Kyles v. Whitely, 514 U.S. 419 (1995). To avoid delay associated with the late disclosure of exculpatory information, Ms. Rainey asks you to consult with the case agents to ensure that all such evidence has been revealed to you.

Finally, to foster pretrial resolution of this matter and to avoid trial delays sometimes associated with the disclosure of witness' statements pursuant to 18 USC 3500, request is hereby made for early disclosure of all witness statements.

Thank you for your attention to these matters. Please let me know when any of the above requested information will be made available.

Very truly yours,

D. Scott Dattan

DSD: tri

EXHIBIT "A"