PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY TO HAVE A DOCKET NUMBER.  NO OTHER DOCUMENT IS ATTACHED.

Case 3:05-cr-00108-JWS    Document 306    Filed 05/30/2006    Page 1 of 1