IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:05-cr-00108-02 (JWS) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| SHANNON RAINEY ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Having considered the Government's Motion on Shortened Time In Limine to Exclude Expert Witnesses Testimony, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

                                              JOHN W. SEDWICK
                                              UNITED STATES DISTRICT JUDGE