**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>    UNITED STATES OF AMERICA    </u>   v.   <u>    SHANNON DAWN RAINEY    </u>

THE HONORABLE JOHN W. SEDWICK   CASE NO.  <u>  3:05-cr-00108-02-JWS  </u>

<u>Deputy Clerk</u>                    <u>Official Recorder</u>

<u> Pam Richter          </u>          <u>                        </u>

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Defendant Shannon Rainey shall file a response to the motion in limine to exclude expert witness testimony at docket 372 no later than August 24, 2006. No reply shall be filed unless requested by the court.

DATE: <u> August 22, 2006  </u>

ENTERED AT JUDGE'S DIRECTION
INITIALS: <u> prr </u>
Deputy Clerk

[FORMS*IA*]