IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| SHANNON DAWN RAINEY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cr-108-02-JWS |

**NOTICE OF WITHDRAWAL**

Defendant Shannon Rainey, hereby withdraws document 384 which was inadvertently filed instead of the pleading which was supposed to be filed which had been prepared in response to the Government's recent motion in limine. (Docket 385).

Dated this 25th day of August, 2006.

> s/D. Scott Dattan
> Attorney for Defendant, Shannon Rainey
> 2600 Denali Street, Suite 460
> Anchorage, Alaska  99503
> Phone:  907-276-8008
> E-Mail:  dattan@alaska.net
> Alaska Bar No:  8411111

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006 a copy of foregoing NOTICE OF WITHDRAWAL was served electronically

Stephan A. Collins

s/D. Scott Dattan