LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SHANNON DAWN RAINEY, | ) ) |
| Defendant. | ) ) ) Case No. 3:05-cr-108-2 (JWS) |

## DEFENDANT'S NOTICE CONCERNING SETTING TRIAL DATE

Defendant Shannon Rainey, by and through her attorney D. Scott Dattan, submits this notice regarding availability of expert witnesses and counsel for trial in this matter.

Undersigned counsel is scheduled to be out of state September 21 – 24 and October 18 – 23, 2006. Counsel has a trial in State Superior Court on October 4, 2006. Assistant U.S. Attorney Collins has indicated that he is scheduled for trial in another matter on October 16, 2006.

After consultation with Mr. Collins it appears that the best dates for a new trial in this matter are either October 30th or November 6th. Dr. Kaser-Boyd has indicated that she would probably be available on those dates, but not in the latter part of November, nor in December, 2006.

//

//

//

Therefore, Defendant requests that if this case cannot be resolved without another trial that the trial be set either October 30 or November 6, 2006.

DATED this 11th day of September, 2006.

        s/D. Scott Dattan
        Attorney for Defendant, Shannon Rainey
        2600 Denali Street, Suite 460
        Anchorage, Alaska  99503
        Phone:  907-276-8008
        E-Mail:  dattan@alaska.net
        Alaska Bar No:  8411111

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006, a copy of foregoing DEFENDANT'S NOTICE CONCERNING SETTING TRIAL DATE was served electronically on:  Stephan Collins, Mike Dieni, Allan Beiswenger, William Carey, John C. Pharr, Scott Sterling, Lance Wells, T. Burke Wonnell, Mark Rosenbaum, Raul Martinez, and Hugh Fleischer.

s/D.Scott Dattan