LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone: (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SHANNON DAWN RAINEY, | ) ) |
| Defendant. | ) ) |
| _____ | ) Case No. 3:05-cr-108-2 (JWS) |

## MOTION FOR JUDGMENT OF ACQUITTAL

Defendant Shannon Rainey, by and through her attorney D. Scott Dattan, hereby moves for judgment of acquittal on Counts 13, 14, 15, 16, 17, 18, 19 and 21 of the Indictment. Each of these counts alleges money laundering in violation of Title 18, United States Code, Section 1956 (a)(1) (A)(i), (a)(1)(B)(:), (a)(1)(B)(ii) and 2.

However, during the trial, the Government refined its position and amended the charge to be only a violation of 18 USC 1956 (a)(1)(B)(i).

//

//

//

//

//

This motion is brought pursuant to Rule 29, Federal Rules of Criminal Procedure, and is supported by the memorandum filed herewith.

DATED this 11th day of September, 2006.

s/D. Scott Dattan
Attorney for Defendant, Shannon Rainey
2600 Denali Street, Suite 460
Anchorage, Alaska  99503
Phone:  907-276-8008
E-Mail:  dattan@alaska.net
Alaska Bar No:  8411111

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006, a copy of foregoing MOTION FOR JUDGMENT OF ACQUITTAL was served electronically on:  Stephan Collins, Mike Dieni, Allan Beiswenger, William Carey, John C. Pharr, Scott Sterling, Lance Wells, T. Burke Wonnell, Mark Rosenbaum, Raul Martinez, and Hugh Fleischer.

s/D.Scott Dattan