NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case  No.  3:05-cr-00108 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE TO COURT |
| vs. | ) | REGARDING SCHEDULING OF |
| | ) | RE-TRIAL |
| SHANNON RAINEY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Nelson P. Cohen, United States Attorney for the District of Alaska, has

authorized the re-trial of Shannon Rainey on the charges contained in the

indictment.  Counsel for the Untied States and Counsel for Rainey have met and

conferred on scheduling the retrial in this matter.  Counsel for the United States is

currently scheduled to commence trial in another matter on October 16, 2006. Counsel for the United States is on personal leave between September 22 and 28, 2006. The government's witnesses should be available for trial any time after October 23, 2006. The United States does not oppose defense counsel's request that Court set the re-trial for the week of October 30, 2006 or the following week.

    RESPECTFULLY SUBMITTED this day, September 11, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2006
a copy of the foregoing was served
electronically:

D. Scott Dattan


s/ Stephan A. Collins