(Rev 8/06)

# LIST OF EXHIBITS

Case No. 3:05-cr-00108-02-JWS        Judge: **JOHN W. SEDWICK**

Title    United States of America
vs.
         Shannon Dawn Rainey

Dates of Hearing/Trial:   August 28, 2006 thru 9-5-06

Deputy Clerk/Recorder:   April Kaysen

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Stephan Collins | D. Scott Dattan |
|  |  |
|  |  |

---------EXHIBITS---------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 8/29/06 stip | Shannon Rainey Drivers License | A | | | |
| 2 | ✓ | | UPS Shipping Docs 5/5/05 | B | | | |
| 3 | ✓ | | " " " 5/9/05 | C | | | |
| 4 | ✓ | | " " " 5/11/05 | D | | | |
| 5 | ✓ | | " " " 5/19/05 | E | | | |
| 6 | ✓ | | " " " 6/1/05 | F | ✓ | 8/29/06 | Photo - Carlos Rainey |
| 7 | ✓ | | " " " 6/7/05 | | | | |
| 8 | ✓ | | " " " 6/14/05 | | | | |
| 9 | ✓ | | " " " 6/16/05 | | | | |
| 10 | ✓ | | " " " 7/8/05 | | | | |
| 11 | ✓ | ✓ | " " " 7/15/05 | | | | |

Case No: 3:05-cr-00108-02-JWS        Judge: JOHN W. SEDWICK

| | PLAINTIFF | | | | DEFENDANT | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 12 | ✓ | 8/29/06 Stip | Box 1  7/16/05 | | | | |
| 13 | ✓ | | Box 2  7/16/05 | | | | |
| ✓ 14 | ✓ | | Cocaine, Box 1 7/16/05 | | | | |
| ✓ 15 | ✓ | | Cocaine, Box 7/16/05 | | | | |
| 16 | ✓ | | Cocaine Box 1 7/16/05 Lab results | | | | |
| 17 | ✓ | | "        " | | | | |
| 18 | ✓ | | Box 10/20/05 | | | | |
| ✓ 19 | ✓ | | Cocaine, Box 10/20/05 | | | | |
| 20 | ✓ | | DEA 10/20/05 Lab results Cocaine box | | | | |
| 21 | ✓ | | Scale - Rainey Residence | | | | |
| 22 | ✓ | | UPS Shipping Docs 7/15/05 Rainey Residence | | | | |
| 23 | ✓ | | "   "   " | | | | |
| 24 | ✓ | | Rainey Residence Docs Cosmetic Surgery | | | | |
| 25 | ✓ | | 8/25/05 FedEx Shipping Docs | | | | |
| 26 | ✓ | | Richard McKinnon Docs Rainey Residence | | | | |
| 27 | | | Angie Hanson Shipping Docs- Rainey Residence | | | | |
| 28 | | | FedEx Shipping Docs 10/20/05 Rainey Residence | | | | |
| ✓ 29 | ✓ | | Methamphetamine from 5/20/05 | | | | |
| ✓ 30 | ✓ | | DVD UPS Store | | | | |
| ✓ 31 | ✓ | ✓ | 10/20/05 DVD House Surveillance | | | | |

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 32 | ✓ | 8/30/06 stip. | Lab Results 5/20/05 | | | | |
| 33 | ✓ | | " " 8/12/05 | | | | |
| 34 | ✓ | | " " 8/22/05 | | | | |
| 35 | ✓ | | " " 9/29/05 | | | | |
| 36 | ✓ | | " " 10/02/05 | | | | |
| 37 | ✓ | | " " 10/02/05 | | | | |
| 38 | ✓ | | Western Union Docs 5/28/03 | | | | |
| 39 | ✓ | | " " " 6/14/03 | | | | |
| 40 | ✓ | | " " " 7/3/03 | | | | |
| 41 | ✓ | | " " " 7/10/03 | | | | |
| 42 | ✓ | | " " " 7/30/03 | | | | |
| 43 | ✓ | | " " " 9/11/03 | | | | |
| 44 | ✓ | | " " " 9/18/03 | | | | |
| 45 | ✓ | | " " " 1/20/04 | | | | |
| ✓ 46 | ✓ | ✓ | CD Telephone Conversations | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |
| 51 | | | | | | | |