NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNON RAINEY,<br><br>Defendant. | Case  No.  3:05-cr-00108-2 (JWS)<br><br>NOTICE TO COURT<br>REGARDING FILING OF JURY<br>INSTRUCTIONS |

As proof that Counsel for the United States reads the Court's electronic

filings, Counsel for the Untied States brings to the Court's attention that the

version of the jury instructions filed in this case is not a clean version of the

instructions.  The version of the jury instructions the Court has filed contains

numerous underscoring personal notations.  These additional markings are not part of the record and should not be made part of the record by inadvertence.  A clean version of the jury instructions as given to the jury should be substituted for the version electronically filed.

RESPECTFULLY SUBMITTED this day, September 12, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2006
a copy of the foregoing was served
electronically:

D. Scott Dattan

s/ Stephan A. Collins