**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>   UNITED STATES OF AMERICA   </u>     v.     <u>   SHANNON DAWN RAINEY   </u>

THE HONORABLE JOHN W. SEDWICK     CASE NO.   <u>  3:05-cr-00108-02-JWS  </u>

<u>    Deputy Clerk    </u>                    <u>    Official Recorder    </u>

<u>  Pam Richter          </u>               <u>                          </u>

APPEARANCES:     for PLAINTIFF:   ----

                 for DEFENDANT:   ----

PROCEEDINGS:     **ORDER FROM CHAMBERS**

At docket 410, defendant Shannon Rainey moves for judgment of acquittal on all of the money laundering charges against her (Counts 13-19 and 21). The motion is opposed. As both parties recognize, the motion may only be granted if, taking the evidence in that light most favorable to plaintiff, no rational jury could find that the evidence presented at trial proves the essential elements of the crimes beyond a reasonable doubt. This is a high hurdle, and one which defendant's motion cannot clear. The evidence is sufficient for a rational finder of fact to return a guilty verdict on each of the money laundering charges. The motion at docket 410 is DENIED.

DATE: <u>  September 29, 2006  </u>          ENTERED AT JUDGE'S DIRECTION
                                              INITIALS: <u>  prr  </u>
                                                   Deputy Clerk

[FORMS*IA*]