LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone:  (907) 276-8008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| SHANNON DAWN RAINEY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:05-cr-108-2 (JWS) |

## NOTICE OF INTENT
## TO CHANGE PLEA

Defendant Shannon Rainey, by and through her attorney D. Scott Dattan, hereby gives notice of her intent to change her plea.

It is respectfully requested that the hearing for her change of plea be set no earlier than 10:00 a.m. on Monday, October 30, 2006.  The parties have reached a plea agreement which has not yet been reduced to writing and, given the distances involved, will not be reviewed by the defendant with counsel until the afternoon of Sunday, October 29, 2006.

The defendant believes the plea agreement will be a Rule 11(C)(1)(c) agreement. The defendant intends to ask this court to defer its decision to accept the plea until it has reviewed

//

//

//

the presentence report (Federal Rule 11(C)(3)).  Defendant will also request that she be allowed to remain out of custody until imposition of sentence.

        Respectfully submitted  this 25th day of October, 2006.

        s/D. Scott Dattan
        Attorney for Defendant, Shannon Rainey
        2600 Denali Street, Suite 460
        Anchorage, Alaska  99503
        Phone:  907-276-8008
        E-Mail:  dattan@alaska.net
        Alaska Bar No:  8411111

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 25, 2006, a copy of foregoing NOTICE OF INTENT TO CHANGE PLEA was served electronically on:  Stephan Collins, Mike Dieni, Allan Beiswenger, William Carey, John C. Pharr, Scott Sterling, Lance Wells, T. Burke Wonnell, Mark Rosenbaum, Raul Martinez, and Hugh Fleischer.

        s/D.Scott Dattan