MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs SHANNON DAWN RAINEY        CASE NO. 3:05-cr-00108-02-JWS
Defendant: X   Present   X   On Bond

BEFORE THE HONORABLE        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:      ROBIN M. CARTER

UNITED STATES ATTORNEY:     STEPHAN COLLINS

DEFENDANT'S ATTORNEY:       SCOTT DATTAN

U.S.P.O.:                   SCOTT KELLEY

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING Held: 10/30/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:33 a.m. court convened.

Court and counsel heard re defense counsel's oral motion to take the defendant's plea under advisement; **GRANTED**.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name: same as above         DOB: 7/27/76

X Defendant changed plea to guilty on Count 1 of the Indictment.

X Court accepted plea. Referred to P.O. for presentence report.

X Imposition of Sentence set for **January 11, 2007 at 8:30 AM**

X OTHER: Court reserved approval of the plea agreement until final review of the presentence report. Conditions of release remain as previously set.

At 10:53 a.m. court adjourned.


DATE: October 30, 2006      DEPUTY CLERK'S INITIALS:   rmc

05/00