```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. SHANNON DAWN RAINEY      CASE NO. 3:05-cr-00108-02-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            D. SCOTT DATTAN

U.S.P.O.:                        SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD FEBRUARY 8, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:55 a.m. court convened.

 X Notice of Appeal form given to defendant.

 X Court stated findings/reasons pursuant to sentencing
   guidelines.

 X Imprisonment for a period of  24 months on Count 1 of the
   Indictment.

 X Defendant placed on supervised release for a period of  4
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

 X Special Assessment $ 100.00 , due immediately.

 X Defendant remanded to the custody of the U.S. Marshal.

 X On motion of the U.S. Attorney, remaining counts 13-19, and 21
   of the Indictment **DISMISSED.**

 X Bond exonerated.


                       CONTINUED ON PAGE 2

DATE:     February 8, 2007       DEPUTY CLERK'S INITIALS:   amk

```
                    CONTINUATION - PAGE 2
                U.S.A. vs. SHANNON DAWN RAINEY
                     3:05-cr-00108-02-JWS
                     IMPOSITION OF SENTENCE
                       February 8, 2007
---------------------------------------------------------------
```

 X  OTHER: Court accepted Plea Agreement. Court and counsel heard re the presentence report; court found defendant qualifies for safety valve; court adopted the presentence report as to the factual statements; court instructed the U.S. Probation Officer to modify the guideline calculation. Court accepted the defendant's plea of guilty to Count 1 of the Indictment. Court strongly recommended that the defendant participate in the 500 hour drug and alcohol program and also recommended that the defendant serve her time at the Facility located in Dublin, California. Appeal rights given. Payment Coupon given to defendant.

At 9:36 a.m. court adjourned.

DATE:      February 8, 2007       DEPUTY CLERK'S INITIALS:    amk